UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24161-CIV-UNGARO/O'SULLIVAN

ENRIQUE MADRINAN,
    Plaintiff,
v.

AVENTURA MALL VENTURE d.b.a
Aventura Mall and TAP 42 AVENTURA,
LLC, d/b/a Tap 42.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Defendant Tap 42 Aventura's Motion to Compel Response to Its November 30, 2018 Request for Production Upon Plaintiff (DE # 21, 12/16/18). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the Defendant Tap 42 Aventura's Motion to Compel Response to Its November 30, 2018 Request for Production Upon Plaintiff (DE # 21, 12/16/18) is GRANTED. On or before January 15, 2019, the plaintiff shall provide full responses to the defendant's subject Request for Production.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 8th day of January , 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE